UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARREN SMITH,<br><br>            Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | CASE NO. 3:25-cv-06054-JNW<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

The Court GRANTS Plaintiff's in forma pauperis application, Dkt. No. 1, and ORDERS:

- The Supplemental Social Security Rules of the Federal Rules of Civil Procedure provide that because Plaintiff has electronically filed a complaint seeking review under 42 U.S.C. § 405(g), Plaintiff need not serve a summons and a complaint, or file notice of service. The Clerk shall notify Defendant this action has commenced by transmitting a Notice of Electronic Filing to the Social Security Administration's Office of General Counsel and to the United States Attorney of the Western District of Washington.

**ORDER** GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS - 1

- Defendant shall file a certified copy of the Administrative Record and any affirmative defenses by January 26, 2026.

Dated this 25th day of November, 2025.

                                        Jamal N. Whitehead
                                        United States District Judge